**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| DOLORES STACHURSKI and BOB KRAVOS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> DIRECTV, INC., <br><br> Defendant. | ) CASE NO. 1:08-CV-02850 <br> ) <br> ) JUDGE SOLOMON OLIVER, JR. <br> ) <br> ) **DIRECTV'S MOTION TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION AND TO COMPEL ARBITRATION, OR, IN THE ALTERNATIVE, TO DISMISS PLAINTIFFS' CLAIMS FOR DECLARATORY JUDGMENT AND BREACH OF CONTRACT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** |

Defendant DIRECTV, Inc. hereby submits its Motion to Dismiss or Stay Proceedings Pending Arbitration and to Compel Arbitration, or, in the Alternative, to Dismiss Plaintiffs' Claims for Declaratory Judgment and Breach of Contract Under Federal Rule of Civil Procedure 12(b)(6). This Motion is brought pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-4, and, alternatively, pursuant to Federal Rule of Civil Procedure 12(b)(6). The points and authorities in support of this Motion are set forth more fully in the accompanying Memorandum in Support.

Respectfully Submitted,

/s/ Robyn E. Bladow
MELISSA D. INGALLS (Cal. Bar No. 174861)
ROBYN E. BLADOW (Cal. Bar No. 205189)
*Admitted Pro Hac Vice*
KIRKLAND & ELLIS LLP
777 S. Figueroa Street
Los Angeles, CA 90017
(213) 680-8400 (tel)
(213) 680-8500 (fax)
mingalls@kirkland.com
rbladow@kirkland.com

JAMES F. LANG (0059668)
PETER A. ROSATO (0068026)
FRITZ E. BERCKMUELLER (0081530)
CALFEE, HALTER & GRISWOLD LLP
1400 KeyBank Center
800 Superior Avenue
Cleveland, OH 44114
(216) 622-8200 (tel)
(216) 241-0816 (fax)
jlang@calfee.com
prosato@calfee.com
fberckmueller@calfee.com

Attorneys for Defendant DIRECTV, Inc.

**Certificate of Service**

I hereby certify that on January 29, 2009, a copy of the foregoing *Motion to Dismiss or Stay Proceedings Pending Arbitration and to Compel Arbitration or, in the Alternative, to Dismiss Plaintiffs' Claims for Declaratory Judgment and Breach of Contract for Failure to State Claims Pursuant to Federal Rule of Civil Procedure 12(b)(6)* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

          Respectfully Submitted,

          /s/    Robyn E. Bladow
          MELISSA D. INGALLS (Cal. Bar No. 174861)
          ROBYN E. BLADOW (Cal. Bar No. 205189)
          *Admitted Pro Hac Vice*
          KIRKLAND & ELLIS LLP
          777 S. Figueroa Street
          Los Angeles, CA 90017
          (213) 680-8400 (tel)
          (213) 680-8500 (fax)
          mingalls@kirkland.com
          rbladow@kirkland.com

          JAMES F. LANG (Ohio Bar No. 0059668)
          PETER A. ROSATO (Ohio Bar No. 0068026)
          FRITZ E. BERCKMUELLER (Ohio Bar No. 0081530)
          CALFEE, HALTER & GRISWOLD LLP
          1400 KeyBank Center
          800 Superior Avenue
          Cleveland, OH 44114
          (216) 622-8200 (tel)
          (216) 241-0816 (fax)
          jlang@calfee.com
          prosato@calfee.com
          fberckmueller@calfee.com

          Attorneys for Defendant DIRECTV, Inc.