# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Dolores Stachurski and Bob Kravos, Jr., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> vs.<br><br>DIRECTV, INC., a California Corporation,<br><br>     Defendant. | Case No.: 1:08 CV 2850<br><br>Judge SOLOMON OLIVER. JR.<br><br>**DECLARATION OF DEANNA D. DAILEY IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION AND TO COMPEL ARBITRATION** |

I, Deanna D. Dailey, declare that:

1.  I am an attorney in the law firm of Sprenger + Lang, PLLC, and I am one of the attorneys representing the named plaintiffs, on behalf of themselves and all others similarly situated.

2.  Attached to this declaration as Exhibit A is a true and correct copy of an email I received from counsel for DIRECTV, Robyn Bladow, on Monday, February 23, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2009 at Minneapolis, Minnesota.

             /s/ *Deanna D. Dailey*
             Deanna D. Dailey