## Deanna Dailey

| | |
|---|---|
| **From:** | Robyn Bladow [rbladow@kirkland.com] |
| **Sent:** | Monday, February 23, 2009 10:13 AM |
| **To:** | Deanna Dailey |
| **Cc:** | jack@landskronerlaw.com |
| **Subject:** | Kravos/Stachurski v. DIRECTV |

Deanna:

As you know, DIRECTV filed its motion to compel arbitration of Mr. Kravos' and Ms. Stachurski's litigation against DIRECTV pursuant to the arbitration agreement to which Mr. Kravos agreed in his Customer Agreement. Please let your clients know that DIRECTV will pay their arbitration initiation fee if they instead initiate individual arbitration pursuant to Paragraph 9(b) of the Customer Agreement.

- Robyn

Robyn E. Bladow
Kirkland & Ellis LLP
777 South Figueroa
Los Angeles, CA 90017
213-680-8634 telephone
213-680-8500 facsimile
************************************************************

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************

**EXHIBIT A**

2/27/2009